UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

In Re:

Terranova, Dustin L; Terranova, Chyna P

Case No.: 26-19324

Chapter: 13

Adv. No.: ____________

Hearing Date: 10/21/2026

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Kristin L. Thomas :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Eric J. Clayman, who represents Dustin and Chyna Terranova in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On 9/11/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Chapter 13 Plan and Motions, Notice of Chapter 13 Bankruptcy Case, Order Respecting Amendment to Schedule D, E/F, G or H or list of Creditors

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/11/2026

/s/ Kristin L. Thomas
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>PSEG<br>Bankruptcy Department<br>Po Box 709<br>Newark, NJ 07101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*