Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−19324−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dustin L Terranova
28 Charles Bossert Dr
Bordentown, NJ 08505−2757

Chyna P Terranova
fka Chyna P Ramos
28 Charles Bossert Dr
Bordentown, NJ 08505−2757

Social Security No.:
xxx−xx−6331    xxx−xx−7563

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 10/21/26
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 10, 2026
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-19324-MBK

Dustin L Terranova Chapter 13

Chyna P Terranova

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 10, 2026 Form ID: 132 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Dustin L Terranova, Chyna P Terranova, 28 Charles Bossert Dr, Bordentown, NJ 08505-2757 |
| 521331080 | | AFFIRM INC, ATTN CREDIT BUREAU DISPUTES, PITTSBURGH, PA 15212 |
| 521331083 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 521331088 | + | GRAMEEN AMERICA, 150 W 30TH ST FL 8, NEW YORK, NY 10001-4003 |
| 521331096 | + | LIBERAL FINANCE SERVIC, 1160 PARSIPPANY BLVD, PARSIPPANY, NJ 07054-1811 |
| 521331095 | + | Law Offices of Keith Wier, PLLC, 15150 Preston Road Suite 300, Dallas, TX 75248-4871 |
| 521333470 | + | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521331114 | | Webbank/Onemain/Fis, PO BOX 31535TA-74, TAMPA, FL 33631 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2026 21:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2026 21:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521331079 | ^ | MEBN | Sep 10 2026 21:39:37 | 1ST DIGITAL/SYNOVUS/VT, PO BOX 85650, SIOUX FALLS, SD 57118-5650 |
| 521331084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 21:44:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 521331110 | | Email/Text: cfcbackoffice@contfinco.com | Sep 10 2026 21:43:00 | TBOM/CONTFIN, 4550 NEW LINDEN HILL RD, WILMINGTON, DE 19808 |
| 521331113 | | Email/Text: cfcbackoffice@contfinco.com | Sep 10 2026 21:43:00 | Verve, Po Box 6812, Carol Stream, IL 60197 |
| 521331085 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 10 2026 21:44:00 | CREDIT COLLECTION SERV, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 521331086 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2026 21:45:53 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 521331081 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 21:45:52 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521331082 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2026 21:45:58 | Chase Auto Finance, 700 Kansas Lane L-A4-4025, Monroe, LA 71203-4774 |
| 521331087 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Sep 10 2026 21:44:00 | FINWISE/AFF, 3100 OLYMPUS BLVD., COPPELL, TX 75019-5472 |
| 521331089 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 21:45:54 | Home Depot Credit Services, Po Box 70600, Philadelphia, PA 19176-0600 |

| | | | | |
|---|---|---|---|---|
| 521331090 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2026 21:43:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 521331091 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2026 21:44:00 | JEFFERSON CAPITAL SYST, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 521331092 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2026 21:46:04 | JPMCB AUTO, PO BOX 901003, FORT WORTH, TX 76101-2003 |
| 521331093 | | Email/Text: bankruptcy@kashable.com | Sep 10 2026 21:43:00 | KASHABLE LLC, 489 5TH AVE FL 18, NEW YORK, NY 10017 |
| 521331094 | | Email/Text: customerservice.us@klarna.com | Sep 10 2026 21:43:00 | KLARNA, PO BOX 8116, COLUMBUS, OH 43201 |
| 521331097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 21:46:06 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 521331098 | | Email/Text: camanagement@mtb.com | Sep 10 2026 21:44:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 521331099 | | Email/Text: camanagement@mtb.com | Sep 10 2026 21:44:00 | M & T Bank, P. O. Box 1288, Buffalo, NY 14240 |
| 521331100 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2026 21:44:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 521353012 | ^ | MEBN | Sep 10 2026 21:40:37 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 521331101 | + | Email/Text: netcreditbnc@enova.com | Sep 10 2026 21:44:00 | NetCredit, PO Box 206766 Ste 600, Dallas, TX 75320-6766 |
| 521331102 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 10 2026 21:44:00 | New York State Department of Finance and Taxation, W.a. Harriman Campus Building 9, Albany, NY 12227-0001 |
| 521336188 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 10 2026 21:44:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 521331103 | + | Email/PDF: cbp@omf.com | Sep 10 2026 21:45:51 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 521331104 | | Email/PDF: cbp@omf.com | Sep 10 2026 21:46:03 | OneMain Financial, OneMain, Po Box 740594, Cincinnati, OH 45274-0594 |
| 521356275 | | Email/PDF: cbp@omf.com | Sep 10 2026 21:45:57 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 521331105 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 10 2026 21:45:59 | Premier Bankcard, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 521331106 | | Email/Text: bankruptcy@springoakscapital.com | Sep 10 2026 21:43:00 | SPRING OAKS CAPITAL LL, 1400 CROSSWAYS BLVD STE, CHESAPEAKE, VA 23320 |
| 521331107 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 21:46:04 | SYNCB/WALM, Po Box 71715, Philadelphia, PA 19176-1715 |
| 521331111 | + | Email/Text: bncmail@w-legal.com | Sep 10 2026 21:43:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 521331112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 21:46:07 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 521331108 | | Email/Text: bncmail@w-legal.com | Sep 10 2026 21:43:00 | Target Card Services, Po Box 660170, Dallas, TX 75266-0170 |
| 521331109 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 10 2026 21:43:00 | Tbom/Atls/Aspire, 5 CONCOURSE PKWY STE 400, ATLANTA, GA 30328-9114 |
| 521331115 | | Email/Text: bankruptcy@withuloans.com | Sep 10 2026 21:43:00 | WithU, 10600 S Pennsylvania Ave Suite 16, Oklahoma City, OK 73170 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Eric J Clayman | on behalf of Debtor Dustin L Terranova Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Chyna P Terranova Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5