<table>
<tr><td colspan="1">UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td><td></td></tr>
<tr><td>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Cory F. Woerner, Esquire (296702019)</td><td>CASE NO.: 26-19324-MBK<br><br>CHAPTER 13</td></tr>
<tr><td>In Re:<br>Dustin L Terranova<br>Debtor.<br><br>Chyna P Terranova<br>Joint Debtor.</td><td>Hearing: October 21, 2026, 10:00 A.M.<br><br>Judge: Michael B. Kaplan</td></tr>
</table>

**OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

JPMorgan Chase Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Modified Chapter 13 Plan (DE #11), and states as follows:

1. Debtor, Dustin L Terranova and joint debtor, Chyna P Terranova, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 18, 2026.
2. Secured Creditor holds a security interest in the Debtor's personal property described as a 2019 Honda CR-V (VIN# 7FARW2H55KE058146), by virtue of a RETAIL INSTALLMENT SALE CONTRACT, dated June 07, 2022. Said Contract secures a Note in the amount of $29,615.50.
3. Secured Creditor filed a Proof of Claim, in this case, on September 11, 2026, Claim No. 5-1.
4. The filed Proof of Claim shows the total amount owed of $15,804.96 and arrears of $2,617.08. Secured Creditor's NADA Used Car valuation shows a Clean Retail Value of $20,100.00.
5. The Debtor filed an Initial Chapter 13 Plan, (DE# 11) on September 09, 2026.
6. Debtors' Chapter 13 plan proposes an insufficient value of collateral on Secured Creditor's claim. Debtors' Plan lists $8,000.00 as the value of the collateral, which is less than the Rough Trade-in value. Secured Creditor objects as Debtors' Plan understates the value of the collateral.

7. Secured Creditor rejects the Debtor's valuation as grossly insufficient. 11 U.S.C. 506(a)(2) provides "If the debtor is an individual in a case under chapter 7 or 13, such value with respect to personal property securing an allowed claim shall be determined based on the replacement value of such property as of the date of the filing of the petition without deduction for costs of sale or marketing. *With respect to property acquired for personal, family, or household purposes, replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined*." (emphasis added.)
8. Secured Creditor avers that vehicle's valuation should be based upon JDPower/NADA clean retail valuation of $20,100.00; the vehicle is therefore fully secured and not subject to a cram down.
9. Secured Creditor further avers that an interest rate of 9.00% adequate reflects the risk of loss borne by the Secured Creditor.
10. The Plan does not appear feasible due to the failure to provide treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: October 14, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for the Secured Creditor
/s/ Cory F. Woerner
Cory F. Woerner, Esquire
NJ Bar ID: 296702019
Cwoerner@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Cory F. Woerner, Esquire (296702019) | CASE NO.: 26-19324-MBK<br><br>CHAPTER 13 |
| **In Re:**<br>Dustin L Terranova<br>Debtor.<br><br>Chyna P Terranova<br>Joint Debtor. | Hearing: October 21, 2026, 10:00 A.M.<br><br>Judge: Michael B. Kaplan |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this XXth day of October 2026. I also certify that the foregoing Motion to Allow Late Filed Proof of Claim was served on this day by United States Mail, Electronic Mail, or via the CM/ECF system to the parties on the service list stated below:

Dated: October 14, 2026

/s/ Fernan Lara
Fernan Lara
flara@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dustin L Terranova<br>28 Charles Bossert Dr<br>Bordentown, NJ 08505-2757<br><br>Chyna P Terranova<br>28 Charles Bossert Dr<br>Bordentown, NJ 08505-2757 | Debtor<br><br><br><br>Joint Debtor | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other<br>(as authorized by the court*) |
| Eric J Clayman<br>Clayman Law LLC<br>1814 East Route 70<br>Suite 350<br>Cherry Hill, NJ 08003 | Debtor's Attorney | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other<br>(as authorized by the court*) |
| Trustee<br>Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice Office<br>of the US Trustee<br>One Newark Center Ste 2100 Newark,<br>NJ 07102 | U.S. Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other<br>(as authorized by the court*) |